962

No. 694.  GORMAN ET AL. *v*. CITY OF NEW YORK ET AL. Appeal from the Court of Appeals of New York. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *James H. Tully* and *Truman H. Luhrman* for appellants. *Denis M. Hurley* and *W. Bernard Richland* for appellees.

No. 711.  POCKMAN *v*. LEONARD ET AL.  Appeal from the Supreme Court of California. *Per Curiam:* The appeal is dismissed for the want of a substantial federal question. MR. JUSTICE BLACK is of the opinion that probable jurisdiction should be noted. *Wayne M. Collins* for appellant.

No. 230.  RADIO OFFICERS' UNION OF THE COMMERCIAL TELEGRAPHERS UNION, AFL, *v*. NATIONAL LABOR RELATIONS BOARD;

No. 301.  NATIONAL LABOR RELATIONS BOARD *v*. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA ET AL.; and

No. 371.  GAYNOR NEWS CO., INC. *v*. NATIONAL LABOR RELATIONS BOARD.  These cases are ordered restored to the docket for reargument.

No. 482, Misc.  HOLLOWAY *v*. MICHIGAN.  Motion for leave to file petition for writ of mandamus denied.